IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD T. HANNIVIG,                     :
                                        :
          Plaintiff                     :
                                        :
     v.                                 :   3:16-CV-1514
                                        :   (JUDGE MARIANI)
COUNTY OF LACKAWANNA, et al.,           :
                                        :
          Defendants                    :

## ORDER

AND NOW, THIS _3rd_ DAY OF AUGUST 2018, upon review of Magistrate

Judge Schwab's Report and Recommendation ("R&R") (Doc. 55) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1.  The R&R (Doc. 55) is **ADOPTED** for the reasons set forth therein.

2.  Defendant Lackawanna Acquisition I, LLC d/b/a Lackawanna Health and

    Rehabilitation Center's Motion to Dismiss (Doc. 9) is **GRANTED**.

3.  The Motion to Dismiss by Defendants County of Lackawanna, the Area Agency on

    Aging, and Lackawanna County Commissioners Patrick O'Malley, Laureen

    Cummings, and Jerry Notarianni (Doc. 10) is **GRANTED**.

4.  Advocacy Alliance, Inc.'s Motion to Dismiss (Doc. 14) is **GRANTED**.

5.  Serving Seniors, Inc.'s Motion to Dismiss (Doc. 17) is **GRANTED**.

6. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.** Plaintiff shall file an Amended Complaint within **21 days of the date of this Order.**[1] Failure to file an Amended Complaint may result in the dismissal of this action.

7. The case is **REMANDED** to Magistrate Judge Schwab for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge

---

[1] The Court strongly advises Plaintiff to adhere to Magistrate Judge Schwab's note in footnote 5, page 14, of the R&R instructing Plaintiff about the necessary contents of the Amended Complaint. In addition, Plaintiff's Amended Complaint should refrain from using unnecessary and inappropriate descriptions of certain named females such as "whores", "professional prostitutes", and "evil b******" (*see* Doc. 1, at 6).