IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD T. HANNIVIG, | : | FILED SCRANTON |
| Plaintiff | : | |
| v. | : 3:16-CV-1514 | OCT 15 2018 |
| | : (JUDGE MARIANI) | |
| COUNTY OF LACKAWANNA, et al., | : | PER _____ DEPUTY CLERK |
| Defendants | : | |

## ORDER

**AND NOW, THIS 15th DAY OF OCTOBER, 2018**, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 67) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 67) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Amended Complaint (Doc. 57) is **DISMISSED WITHOUT LEAVE TO AMEND.**

3. The Motion to Dismiss by Defendants County of Lackawanna, the Area Agency on Aging, and Lackawanna County Commissioners Patrick O'Malley, Laureen Cummings, and Jerry Notarianni (Doc. 58) is **DISMISSED AS MOOT.**

4. Advocacy Alliance, Inc.'s Motion to Dismiss (Doc. 61) is **DISMISSED AS MOOT.**

5. Serving Seniors, Inc.'s Motion to Dismiss (Doc. 64) is **DISMISSED AS MOOT.**

6. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge